UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-6035 ODW(FMOx) | Date | November 10, 2010 |
|---|---|---|---|
| Title | Frank James v. The Home Depot, U.S.A., Inc. et al | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):** **Order to Show Cause re Dismissal for Failure to Comply With the Court's Scheduling and Case Management Order; Order Continuing Pretrial Conference**

On March 26, 2010 the Court issued its Scheduling and Case Management Order [16], which set forth a schedule of pretrial hearing dates and deadlines, in particular the date by which pretrial documents must be lodged/filed.

The Court's Scheduling and Case Management Order includes the following caveat: **"If counsel fail to file the required Pre-Trial documents or fail to appear at the Pre-Trial Conference and such failure is not otherwise satisfactorily explained to the Court: (a) the cause shall stand dismissed for failure to prosecute if such failure occurs on the part of the plaintiff; (b) default judgment shall be entered if such failure occurs on the part of the defendant; or (c) the Court may take such action as it deems appropriate."**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6035 ODW(FMOx) | Date | November 10, 2010 |
|---|---|---|---|
| Title | Frank James v. The Home Depot, U.S.A., Inc. et al | | |

The parties in this case have failed to comply with the Scheduling and Case Management Order. To date, no pretrial documents have been lodged/filed with the Court.

Accordingly, the Court orders the parties to show cause in writing on or before **Monday, November 22, 2010** why this action should not be dismissed for failure to comply with the Scheduling and Case Management Order. Instead of a written response, the Court will consider the following an appropriate response to its Order to Show Cause: filing/lodging of pretrial documents as set forth in the Scheduling and Case Management Order on or before **Monday, November 22, 2010.** If the parties have settled this case, the Court will accept a Notice of Settlement **that includes a date by which the parties expect settlement to be finalized.**

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or filing on or before the date upon which a response by the parties is due.

The Pretrial Conference presently scheduled for November 15, 2010 at 3:30 p.m., is hereby CONTINUED to **Monday, November 29, 2010 at 2:30 p.m.** Motions In Limine, Proposed Voir Dire Questions and an Agreed-to Statement of the Case remain due on **Monday, November 15, 2010.** The hearing on Motions In Limine set for November 29, 2010 at 4:00 p.m. is ADVANCED to **2:30 p.m. on the same date.**

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |